ELLEN F. ROSENBLUM
Attorney General
MICHAEL R. WASHINGTON #873679
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Michael.R.Washington@doj.state.or.us

Attorneys for Defendants Aly, Bidwell, Capps, Delgado, Dotson, Garcia, Gilmore, Jones, Nooth, Parks, and Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRIAN A. JEREMIAH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK NOOTH, Superintendent, SRCI; Rec Specialist BIDWELL; SGT. ALY; Hearings Officer JOE CAPPS; Officer DOTSON, SRCI; JOHN/JANE DOE/officers on duty in DSU on 08-21-15 at 9:45p.m.-10:30p.m., and/or 08-22-15 in the housing unit I was in at SRCI; SGT. GARCIA, SRCI; Grievance Coordinator J. TAYLOR; JOHN AND JANE DOE, that was/were acting as assignment coordinator on 8-10-15; LT. PARKS, SRCI; J. GILMORE, SRCI; Counselor J. DELGADO, SRCI; Counselor M. JONES, SRCI; LT. PARKS, SRCI; MANAGEMENT OF THE FACILITY (Sgt.'s, LT.'s and above) and with those who assign inmates to housing units throughout facility, in their official and individual capacities,<br><br>　　　　Defendants. | Case No.   2:16-cv-00532-MK<br><br>JOINT STATUS REPORT |

Page 1 -　JOINT STATUS REPORT
　　　　　　MRW/ssp/7635652-v1

**I.    CERTIFICATE OF CONFERRAL**

Pursuant to L.R. 7-1(a)(1)(C), Defendants' counsel certifies that he conferred with Plaintiff, who appears *pro se* and is currently in the custody of the Oregon Department of Corrections (ODOC) and is incarcerated at the Two Rivers Correctional Institution (TRCI) in Umatilla, Oregon. by phone pursuant to the Court's scheduling order dated July 17, 2023, (Doc. #116), who indicated that he agreed with reporting to the Court that the parties planned to proceed to trial in this case.

**II.   JOINT STATUS REPORT**

On July 17, 2023, the Court issued a scheduling order indicating that the parties shall confer and file a joint status report indicating whether they wished to proceed to trial in this action or to participate in settlement efforts. On September 8, 2023, the parties conferred by phone and agreed that they wished to proceed to trial in this case. Pursuant to the Court's scheduling order, the Court will appoint counsel to represent Plaintiff in this action.

**III.  CONCLUSION**

The parties respectfully request that this Court adopt this status report.

DATED September 8, 2023.

                                             Respectfully submitted,

                                             ELLEN F. ROSENBLUM
                                             Attorney General

                                             *s/ Michael R. Washington*
                                             MICHAEL R. WASHINGTON #873679
                                             Senior Assistant Attorney General
                                             Trial Attorney
                                             Tel (503) 947-4700
                                             Fax (503) 947-4791
                                             Michael.R.Washington@doj.state.or.us
                                             Of Attorney for Defendants

Page 2 -    JOINT STATUS REPORT
           MRW/ssp/7635652-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on September 8, 2023, I served the foregoing JOINT STATUS REPORT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Brian A. Jeremiah<br>SID #11464377<br>Two Rivers Correctional Institution<br>82911 Beach Access Road<br>Umatilla OR 97882<br>    *Pro Se Plaintiff* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ **E-SERVED PURSUANT TO STANDING ORDER NO. 2017-9** |

     *s/ Michael R. Washington*
MICHAEL R. WASHINGTON #873679
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Michael.R.Washington@doj.state.or.us
Of Attorneys for Defendants Aly, Bidwell, Capps, Delgado, Dotson, Garcia, Gilmore, Jones, Nooth, Parks, and Taylor

Page 1 -   CERTIFICATE OF SERVICE
           MRW/bl2/527645459

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791